SHERMAN H. SKOLNICK *v.* STATE OF INDIANA, AND
SAUL I. RUMAN AND RICHARD J. LESNIAK.

[No. 2-1076A223. Filed October 25, 1979. Rehearing denied
December 10, 1979. Transfer granted March 16, 1981.]

REPORTER'S NOTE: This opinion is reported at 397 N.E.2d 986, Chief Judge Buchanan dissenting. The Supreme Court accepted transfer and vacated the opinion of the Court of Appeals under number 381 S 75, Justice DeBruler dissenting. That opinion is reported at 417 N.E.2d 1103.